

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00416-CR

JOHN L. MCLAUGHLIN, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 60,418-E, Honorable Douglas Woodburn, Presiding

December 29, 2015

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, John L. McLaughlin, Jr., attempts to appeal the trial court's judgment revoking his deferred adjudication community supervision, adjudicating him guilty of the offense of aggravated robbery,[1] and sentencing him to life imprisonment. The sentence was imposed on October 15, 2015, and appellant timely filed a motion for new trial on November 16, 2015.[2] *See* TEX. R. APP. P. 21.4(a). The record reflects that on

---

[1] TEX. PENAL CODE ANN. § 29.03 (West 2011).

[2] The 30th day after sentence was imposed was Saturday, November 14, 2015. Therefore, appellant's deadline for filing a motion for new trial was Monday, November 16, 2015. *See* TEX. R. APP. P. 4.1(a).

December 9, 2015, within its period of plenary power, the trial court granted appellant's motion for new trial. *See* TEX. R. APP. P. 21.8(a).

When the trial court grants a motion for new trial, it restores the case to its position before the former trial. TEX. R. APP. P. 21.9(b). Without a judgment of conviction from which to appeal, we have no jurisdiction to consider appellant's appeal. *See Waller v. State*, 931 S.W.2d 640, 643-44 (Tex. App.—Dallas 1996, no pet.). Consequently, this appeal is dismissed for want of jurisdiction.

Per Curiam

Do not publish.